# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified, and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check numbers #6389112 and #6389113 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee

9/30/21

# CHAPTER 13 TRUSTEE

**OFFICE OF GLENN B STEARNS**
**CHAPTER 13 STANDING TRUSTEE**

801 WARRENVILLE ROAD, SUITE 650
LISLE, IL 60532-4350
PHONE: (630) 981-3888    FAX: (630) 642-5895

September 30, 2021

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds

| Date: | Check # | Amount: |
|---|---|---|
| 9/29/21 | 6389112 | 496.02 |
| 9/29/21 | 6389113 | 12,208.54 |
| Total: | | $12,704.56 |

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property and Exhibit A, in the amount of $12,704.56.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the checks.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 6856.

Thank you for your assistance.

Sincerely yours,

Alyssa Ruan
Assistant Controller
For Glenn Stearns, Trustee

Enclosures

www.lisle13.com

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 16-17583 | Audrey Croswell | CSC Logic/BMO Harris Bank<br>PO Box 975593<br>Dallas, TX 75397 | 398.65 | Check #6386764 returned bad address. Unable to locate creditor. |
| 2) | 16-20378 | Roula Abou-Lebde | A/R Concepts<br>18-3 E Dundee #330<br>Barrington, IL 60010 | 12.18 | Check #1764363 & #6385595 not presented within 60 days. |
| 3) | 16-30793 | Robert H Doyle<br>Karen O Doyle | Loyola University Medical Center<br>% Thomas F Courtney & Associates<br>7000 W 127th St<br>Palos Heights, IL 60463 | 342.51 | Check 1740015 & #1737909 returned stating creditor no longer collects. No change filed with court. |
| 4) | 16-30793 | Robert H Doyle<br>Karen O Doyle | Loyola University Medical Center<br>% Thomas F Courtney & Associates<br>7000 W 127th St<br>Palos Heights, IL 60463 | 9.08 | Check 1740015 & #1737909 returned stating creditor no longer collects. No change filed with court. |
| 5) | 16-32033 | Elizabeth A Rogers | Waukegan Clinic Corp<br>%PASI<br>PO Box 188<br>Brentwood, TN 37024 | 31.24 | Check #1750756 returned stating Creditor no longer collects. No change filed with court. |
| 6) | 16-33656 | Gregory J Zapfe<br>Sandra L Zapfe | Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing, IL 60438 | 27.00 | Funds returned stating Creditor no longer collects. No change filed with court. |
| 7) | 17-05043 | Dianne C Young | Dennis A Brebner & Associates<br>860 Northpoint Blvd<br>Waukegan, IL 60085 | 763.45 | Check #1771365 returned bad address. Unable to locate creditor. |
| 8) | 17-05277 | Daniel S Humphris<br>Colleen R Humphris | RAMCO Holdings LLC<br>PO Box 207<br>Naperville, IL 60566 | 362.19 | Check #1772302 & #1770205 not presented within 60 days. |
| 9) | 17-14091 | Timothy M Grandziel<br>Tracie Ann Grandziel | Genesis Financial Services<br>425 Huehl Rd #2<br>Northbook, IL 60062 | 432.00 | Funds returned stating unable to locate account. |
| 10) | 17-33617 | Shirley D Arrington | Illinois Bone & Joint<br>900 Rand Rd # 300<br>Des Plaines, IL 60016 | 119.30 | Check #1769512 & #6386105 not presented within 60 days. |
| 11) | 17-37086 | Stasie Moore | First Associates Loan Servicing<br>PO Box 503550<br>San Diego, CA 92150-3550 | 9,711.02 | Check #1765089 returned bad address. Unable to locate creditor. |
| | | | | 12,208.54 | |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 16-20548 | Deborah A Forys | Deborah A Forys<br>94 Briar St<br>Glenn Ellyn, IL 60137 | 9.00 | Check #6385920 not presented within 60 days under $25. |
| 2) | 16-31496 | Shamus T Stepney | Shamus T Stepney<br>1954 Coneflower Ct<br>Yorkville, IL 60560 | 16.96 | Check #6385646 not presented within 60 days under $25. |
| 3) | 16-35476 | Stanislaw Zwolinski<br>Anna Zwolinski | Stanislaw Zwolinski<br>Anna Zwolinski<br>1650 Aster Drive<br>Romeoville, IL 60446 | 461.43 | Check #6386203 returned bad address. Unable to locate debtor. |
| 4) | 17-06806 | Shiney B Simon | Shiney B Simon<br>631 N Rumple<br>Addison, IL 60101 | 1.67 | Check #6386046 not presented within 60 days under $25. |
| 5) | 17-23963 | MaryEllen Manade | MaryEllen Manade<br>978 Amethyst Ln<br>Montgomery, IL 60538 | 3.60 | Check #6386220 not presented within 60 days under $25. |
| 6) | 17-25081 | Nicole Franklin | Nicole Franklin<br>1205 Idlewild Dr<br>Round Lake Beach, IL 60073 | 2.36 | Check #6386089 not presented within 60 days under $25. |
| 7) | 18-08898 | Terrell Peterson, Sr. | Terrell Peterson, Sr.<br>522 Bellarmine Dr. E<br>Apt 205<br>Joliet, IL 60436 | 1.00 | Check #6385581 not presented within 60 days under $25. |
| | | | | 496.02 | |

*Handwritten annotation: "9/30/21 $5"*